■ In the Matter of GREGORY V. BROWN, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [621 NYS2d 980] —Judgment unanimously vacated in part, determination confirmed, petition dismissed and judgment otherwise affirmed in accordance with the following Memorandum: Supreme Court should have transferred this CPLR article 78 proceeding to this Court because it presented a substantial evidence issue *(see, Matter of Benesch v Village of Clayton,* 185 AD2d 688, *lv denied* 81 NY2d 702), and thus we vacate that part of the judgment. Upon our de novo review of that issue, we conclude that the determination should be confirmed. The remaining issues were properly considered and found by the court to be lacking in merit, and thus we affirm that part of the judgment. (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Article 78.) Present— Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY W. CARLTON, Appellant. [621 NYS2d 1009] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS L. PORTER, JR., Appellant. [621 NYS2d 1009] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Seneca County Court, Bradstreet, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. MANTON, Appellant. (Appeal No. 1.) [621 NYS2d 990] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.— Criminal Possession Stolen Property, 4th Degree.) Present— Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.